

May 24, 2017

**VIA ECF**
Hon. Valarie Caproni
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Percoco, et al**
      **1:16-cr-00776-VEC**

Dear Judge Caproni:

    We represent Mr. Aiello in the above matter and write to request a modification of Mr. Aiello's conditions of release.

    Presently, Mr. Aiello is required to seek the approval of pretrial services and the U.S. Attorney's office prior to any out-of-state travel. Since his December arraignment, Mr. Aiello has been in perfect compliance will all requirements and has appeared in court as expected. As a consequence, we request that Mr. Aiello no longer be required to seek the consent of pretrial services and the U.S. Attorney's Office prior to out-of-state travel. We have contacted pretrial services in the Northern District of New York who are overseeing Mr. Aiello while trial is pending, while they do not speak for the Southern District, they have no objection to the requested modification.

    Thank you for your consideration of this request.

                    Very truly yours,

                    O'CONNELL AND ARONOWITZ

                  By:     /s/ *Scott W. Iseman*

                        Scott W. Iseman

CC:   All Counsel of Record (ECF)

---

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
F. MATTHEW JACKSON
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
CRISTINA D. COMMISSO

ELIZABETH A. CONNOLLY
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
AMBER L. WRIGHT
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

CARLA R. WILLIAMS*
(D<small>IRECTOR</small>, H<small>EALTHCARE</small>
C<small>ONSULTING</small> G<small>ROUP</small>)

*NOT A MEMBER OF THE
LEGAL PRACTICE