

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2017

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2017
```

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States* v. *Joseph Percoco, et al.*, S1 16 Cr. 776 (VEC)

Dear Judge Caproni:

        The Government writes in response to the Court's Order, dated May 26, 2017, directing the Government to provide its position relative to defendant Steven Aiello's request to remove the condition of his pretrial release requiring the approval of the United States Attorney's Office and of Pretrial Services prior to any out-of-state travel.  Aiello has not pointed to any changed circumstance or new information that would justify the termination of this provision of his pretrial release.  Accordingly, the Government respectfully submits that no change to the conditions of Aiello's pretrial release is warranted at this time.

```
Not later than June 8, 2017, the parties must
confer and propose by letter a mutually-
convenient date for the parties to appear to
consider Mr. Aiello's motion to alter his bail
conditions.
```
                      SO ORDERED.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney


*Valerie Caproni*
                              6/5/2017

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

By:    /s/    _____
       Janis Echenberg/Robert Boone/
       David Zhou/Matthew Podolsky
       Assistant United States Attorneys
       (212) 637-2597/2208/2438/1947

cc:  Counsel for all defendants (via ECF)