

EDWARD J. O'CONNELL
 1925-1939
SAMUEL E. ARONOWITZ
 1925-1973
LEWIS A. ARONOWITZ
 1951-1979

———————————

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND

———————————

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
F. MATTHEW JACKSON
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
CRISTINA D. COMMISSO

———————————

ELIZABETH A. CONNOLLY
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
AMBER L. WRIGHT
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

CARLA R. WILLIAMS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

June 8, 2017

**VIA ECF**
Hon. Valarie Caproni
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Percoco, et al
      1:16-cr-00776-VEC

Dear Judge Caproni:

    We represent Mr. Aiello in the above matter. Pursuant to the Court's June 5th Order, we conferred with the Government concerning Mr. Aiello's request to amend the conditions of his pretrial supervision. After conferring with the Government, we withdraw our application to modify the conditions of pretrial supervision and, as a result, we do not believe that a hearing regarding this issue is required.

    We thank you for your attention to this request.

    Very truly yours,

    O'CONNELL AND ARONOWITZ

    By:   /s/ *Scott W. Iseman*

    Scott W. Iseman

CC:   All Counsel of Record (ECF)