**MEMO ENDORSED**

O'CONNELL ARONOWITZ

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2017

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979
_____

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DINOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
_____

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
F. MATTHEW JACKSON
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
CRISTINA D. COMMISSO
_____

ELIZABETH A. CONNOLLY
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
AMBER L. WRIGHT
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

CARLA R. WILLIAMS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

June 8, 2017

**VIA ECF**
Hon. Valarie Caproni
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Percoco, et al**
      **1:16-cr-00776-VEC**

Dear Judge Caproni:

We represent Mr. Aiello in the above matter. Pursuant to the Court's June 5th Order, we conferred with the Government concerning Mr. Aiello's request to amend the conditions of his pretrial supervision. After conferring with the Government, we withdraw our application to modify the conditions of pretrial supervision and, as a result, we do not believe that a hearing regarding this issue is required.

We thank you for your attention to this request.

Very truly yours,

O'CONNELL AND ARONOWITZ

By:    /s/ Scott W. Iseman

Scott W. Iseman

CC:   All Counsel of Record (ECF)

Application GRANTED. The Clerk of Court is respectfully directed to terminate Docket Entry Nos. 245 and 256.
SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
6/12/2017