**MEMO ENDORSED**

# O&A
## O'CONNELL ARONOWITZ
### ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2018

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON
SCOTT W. ISEMAN
BRITTNAY M. McMAHON

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

ELIZABETH A. CONNOLLY
CHAD A. JEROME
DANIELLE E. HOLLEY
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS
ANDREW KO

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

September 10, 2018

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:** *United States v. Kaloyeros, et al.*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    We represent Steven Aiello in the above matter and write to request that Mr. Aiello's October 12th sentencing be adjourned. We respectfully request that the Court reschedule Mr. Aiello's sentencing for any day during the week of November 12 -16. The additional time will permit the parties to provide the U.S. Probation Office more information for inclusion in its presentencing report.

    We have conferred with the Government and it does not object to this request.

    Thank you for your attention to this matter.

    Very truly yours,

    O'CONNELL AND ARONOWITZ

    By:    */S/ Stephen R. Coffey*

        Stephen R. Coffey
        Pamela A. Nichols
        Scott W. Iseman

cc:    All parties via ECF

{O0211233.1}

Application GRANTED in part.  Sentencing for Mr. Aiello is adjourned to **November 29, 2018 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.  The deadline for final disclosure of Mr. Aiello's PSR is extended to **November 15, 2018**.  All objections to the PSR must be submitted to the Probation Office by **October 18, 2018**.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
9/11/2018

{O0211233.1}