UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
   UNITED STATES OF AMERICA,                                 :
                                                             :
             -against-                                       :    16-CR-776 (VEC)
                                                             :
   STEVEN AIELLO,                                            :    ORDER
                                                             :
                                  Defendant.                 :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2018

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing for Defendant Steven Aiello is scheduled for November 29, 2018 (*see* Dkts. 846, 853);

IT IS HEREBY ORDERED that Mr. Aiello's sentencing proceeding is ADJOURNED to **December 3, 2018 at 2:00 p.m.**, in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.

**SO ORDERED.**

**Dated: November 26, 2018**
      **New York, NY**

                                             _____
                                             **VALERIE CAPRONI**
                                             **United States District Judge**