Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Your Honor:



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/2018

16-CR-776

I'm a Property tax hearing officer for the NYS Unified Court System 5th Judicial District. I am also a licensed NYS Real Estate Broker and I've had the misfortune of having had business dealings in capacity as a broker with Steve Aiello and family. Steve was a licensed NYS Real Estate Broker. It will be best for the public that he is never allowed to be one again.

I read with dismay that Jim and Juli Boeheim and many other prominent people in Syracuse area wrote supporting letters to you for Steve Aiello. They apparently don't know the Aiellos as I do.

What Steve Aiello has been convicted of is tip of the iceburg I can assure you.

**Steve Aiello is a pathological conman.**

Steve Aiello is a criminal, plain and simple. Classic confidence man. And the non profits bought into it. This is an unfortunate too often repeated scenario.

In the 1990s Syracuse was home to the largest Ponzi scheme in US history until Madoff. It was called Bennett Funding. The nonprofits loved them because they doled out dirty money generously.

The Hall of fame Syracuse football Coach Dick McPherson drank the Bennett's Kool Aide just as Jim and Juli Boeheim have drunk Steve Aiellos. The Bennett's hired Coach McPherson as a PR spokesman and created a bar called Coach Macs in Hotel Syracuse which they also bought with dirty money. They used the coach as a shield for their criminal empire. Steve Aiello is using the Boeheims in the same way.

I love the Boeheims just as everybody loved Coach MacPherson. But they were both wrong to take the dirty money. Just as Aiello has done, the Bennetts catered

to the high society of Syracuse and they bit hook line and sinker just like the people who wrote you the letters. They've been conned.

I have seen Steve Aiellos multi-Million dollar camp on 4th Lake in Adirondacks. Its beautiful. The best dirty money can buy. It is just wrong that he could enjoy that camp all summer relaxing and having cocktails at taxpayer expense waiting for sentencing while others guilty of lesser crimes rot in jail.

Not only has Steve Aiello used ill gotten proceeds to finance fancy cars, multi-million dollar luxury real estate, etc. he has utilized ill gotten monies to finance attorneys to obscure his misdeeds and to intimidate competitors.

John Defrancisco says Aiello is a good man who made a mistake. Nonsense. Aiello is a predator. And I not only doubt he will stop when he gets out of jail, I believe misdeeds are going on in his company as we speak.

For example: Steve's real estate brokerage firm is currently running as if nothing ever happened. Even their signs remain the same in violation of Department of State regulations. He simply changed the name of his LLC by three letters. Instead of COR Brokerage Company LLC it is now CNY COR Brokerage Company, LLC. Business as usual. It's an outrage.

Aiello is a criminal. Plain and simple. He is a pathological conman. A danger to society.

Please recognize the supporting letters as an extension of Steve Aiellos Cons.

The question is………. Does white collar crime pay? Please demonstrate that it does not.

Michael R. Franklin
Licensed NYS Real Estate Broker
Franklin Ruttan

www.FranklinRuttan.com