AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-CR-776 (VEC) |
| Percoco, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Steven Aiello.

Date: 11/29/2018

/s/ Alexandra A.E. Shapiro
*Attorney's signature*

Alexandra A.E. Shapiro
*Printed name and bar number*

Shapiro Arato LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
*Address*

ashapiro@shapiroarato.com
*E-mail address*

(212) 257-4881
*Telephone number*

(212) 202-6417
*FAX number*