


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2018

December 4, 2018

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Sentencing Memorandum
               *United States v. Kaloyeros, et al.,* S2 16 Cr. 776 (**VEC**)

Dear Judge Caproni:

      We have been advised that approximately 60-70 people intend to travel from the Syracuse area to support Steve at his December 7th sentencing. If poor weather does not impact travel, we believe the number of supporters will easily exceed the number of available seats for your courtroom, particularly since nearly half of the available seats are reserved for media and Government representatives.

      As a result, we respectfully request that the Court move the proceeding to a courtroom with a larger public gallery. We are happy to help coordinate this effort with the Court Administrator. Alternatively, we request that folding chairs be provided in a manner similar to the January trial to maximize the number of people who can attend.

      Thank you for considering this request.

               Very truly yours,

               O'CONNELL AND ARONOWITZ

               By:

               Stephen R. Coffey
               Pamela N. Nichols
               Scott W. Iseman

cc:    All parties via ECF

{O0317434.1}

This application is DENIED. The Court has read the sentencing letters submitted on behalf of Mr. Aiello and appreciates the number of people who wish to support him. Sentencing will take place in Courtroom 443, and the Defense must share the gallery space with the Government, the press, and the public. A room with a live video feed will be available for any overflow.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
12/4/2018