Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:
UNITED STATES OF AMERICA v.

STEVEN AIELLO

Docket No.: 16-cr-00776 (VEC)
Hon. Valerie Caproni
(District Court Judge)

Notice is hereby given that Steven Aiello appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify) entered in this action on December 11, 2018
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: December 7, 2018    N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |___| N/A |___|

Mr. Aiello to voluntarily surrender on March 1, 2019.

Appellant is represented by counsel? Yes |✓| No |___| If yes, provide the following information:

Defendant's Counsel: Alexandra A.E. Shapiro
Counsel's Address: Shapiro Arato LLP
500 Fifth Avenue, 40th Floor, New York, New York 10110
Counsel's Phone: (212) 257-4881

Assistant U.S. Attorney: Janis Echenberg
AUSA's Address: U.S. Attorney's Office, SDNY
One St. Andrew's Plaza, New York, New York 10007
AUSA's Phone: (212) 637-2597

Signature

```
Court Name: District Court -
Division: 1
Receipt Number: 465401224574
Cashier ID: Vfrrokaj
Transaction Date: 12/12/2018
Payer Name: SHAPIRO ARATO LLP
------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: STEVEN AIELLO
 Amount:         $505.00
------------------------------
CHECK
 Check/Money Order Num: 5269
 Amt Tendered:   $505.00
------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

16CR00776
```