**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

February 13, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/25

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alain Kaloyeros, et al.*, **16 Cr. 776 (VEC)**

Dear Judge Caproni:

    The Government respectfully submits this letter to supplement the letter motion filed earlier today (Dkt. 1066). Upon conferring further, the parties request that, in light of scheduling conflicts, the conference be adjourned from February 21, 2025, to a time convenient to the Court on March 12 or 13, 2025 (rather than March 7, 2025). In addition, counsel for the defendants request, without objection by the Government, that their clients' appearances at the conference be waived.

                                        Respectfully submitted,

                                        MATTHEW PODOLSKY
                                        Acting United States Attorney

                     By:    /s/_____
                          Lara Pomerantz
                          Robert B. Sobelman
                          Assistant United States Attorneys
                          (212) 637-2343/2616

Cc: Counsel of Record (by ECF)

Application GRANTED.  The status conference currently scheduled for February 21, 2025 is ADJOURNED to **March 14, 2025** at **10:15 A.M.** in Courtroom 20C1 of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties' joint letter must be filed by no later than **March 6, 2025**.

Defendants' appearance at the March 14, 2025 conference is waived.

Time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until March 14, 2025 in the interest of justice in light of the complexity of issues to be considered.

SO ORDERED.                            2/14/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE