USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,             :
                                      :       16-CR-776 (VEC)
         -against-                    :
                                      :       [PROPOSED] ORDER TO
STEVEN AIELLO,                        :       RETURN CRIMINAL FINE,
                                      :       SPECIAL ASSESMENT, AND
                    Defendant.        :       AND FORFEITURE
-------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 11, 2018, this Court entered a Judgment ordering Steven Aiello to pay a fine of $500,000, representing $250,000 on Counts One and Two and $250,000 on Count Ten, and a special assessment of $300 (Dkt. 946);

WHEREAS on February 11, 2019, this Court ordered Mr. Aiello to forfeit $898,954.20 in connection with Counts One and Two (Dkt. 981);

WHEREAS on February 12, 2019, a Satisfaction of Judgment was entered acknowledging that Mr. Aiello had paid $500,300 to the Clerk of Court, representing the full sum of his fine and special assessment (Dkt. 983);

WHEREAS on September 8, 2021, the United States Court of Appeals for the Second Circuit affirmed Mr. Aiello's convictions in two separate decisions;

WHEREAS on February 3, 2022, this Court entered a Stipulation and Order of Settlement as to Substitute Assets stating, among other things: "[I]f as a result of further proceedings in the United States Supreme Court the convictions of Defendant Steven Aiello on Counts One and Two are reversed or vacated, the government shall have no entitlement to forfeiture against him based on those convictions. Accordingly, the Money

Judgment shall be void … and the government shall return to Steve Aiello any portion of the Money Judgment paid" (Dkt. 1037 ¶ 9);

WHEREAS on February 18, 2022, Mr. Aiello filed a Petition for Writ of Certiorari in the Supreme Court;

WHEREAS on April 28, 2022, Mr. Aiello paid the full forfeiture amount of $898,954.20 by delivering a check payable to the United States Marshals Service to the United States Attorney's Office;

WHEREAS on May 22, 2023, the Supreme Court granted Mr. Aiello's Petition for Writ of Certiorari, vacated the judgment of the Court of Appeals, and remanded the case for further consideration in light of *Ciminelli v. United States*, 598 U.S. 306 (2023), and *Percoco v. United States*, 598 U.S. 319 (2023), *see Aiello v. United States*, 143 S. Ct. 2491 (2023);

WHEREAS on September 23, 2024, the Court of Appeals vacated Mr. Aiello's convictions for wire fraud and wire fraud conspiracy (Counts One and Two), vacated Mr. Aiello's conviction for conspiracy to commit honest-services fraud (Count Ten) and "remanded for the government to move for dismissal of that count," and remanded for further proceedings, *United States v. Aiello*, 118 F.4th 291 (2d Cir. 2024); and

WHEREAS the Mandate issued on February 3, 2025 (Dkt. 1063);

IT IS HEREBY ORDERED THAT:

1.  The Consent Preliminary Order of Forfeiture/Money Judgment (Dkt. 981) is vacated.

2.  The Clerk of Court is directed to return $500,300 to Mr. Aiello, representing the sum he paid to the Court in satisfaction of his fine and special

2

assessment, by Electronic Funds Transfer using the banking information on the Form AO 213P Mr. Aiello will provide to the Finance/Cashier Department.

      3.      The Government is directed to return the $898,954.20 forfeiture amount to Mr. Aiello in accordance with the ACH form Mr. Aiello will submit to the United States Attorney's Office.

**SO ORDERED.**

Date:  March  7 , 2025  
       **New York, New York**

                                       **VALERIE CAPRONI**  
                                       **United States District Judge**