UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                     :
                                              :
        -against-                             :        16-CR-776 (VEC)
                                              :
STEVEN AIELLO,                                :        ORDER
                                              :
                        Defendant.            :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court received notice from Mr. Aiello and the Government that the parties would like to proceed with a change of plea hearing.

IT IS HEREBY ORDERED that the parties must appear before the Court on **Wednesday, December 17, 2025, at 10:30 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: December 16, 2025**
      **New York, NY**

_____
          **VALERIE CAPRONI**
          **United States District Judge**